Michael O'GRADY, Appellant,

v.

MARATHON COUNTY CHILD SUPPORT AGENCY; Synthia O'Grady; Mort McBain; Thomas Finley; Scott Corbett; Corbett Law Office; Paul Dirkse; Jane Huebsch; Robin Bentley; Bonnie Larsen–Rainville; Jenifer Soley; Stuart Rottier; Kelley Weber; Pietz and Slater; Donna Siedel; Youa Taylor; Michael Roman; Mark Klinner; Zalewski, Klinner and Kramer; Daniel Klint, Appellees.

No. 06–3103.

United States Court of Appeals, Eighth Circuit.

Submitted: June 6, 2008.

Filed: June 26, 2008.

Before BYE, M. SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Michael O'Grady appeals the district court's [1] judgment dismissing his complaint for lack of subject matter jurisdiction. Following careful de novo review, we conclude dismissal was proper. *See Exxon Mobil Corp. v. Saudi Basic Indus. Corp.,* 544 U.S. 280, 283–85, 287–88 n. 2, 292 n. 8, 125 S.Ct. 1517, 161 L.Ed.2d 454 (2005);

*Middlesex County Ethics Comm. v. Garden State Bar Ass'n,* 457 U.S. 423, 431–32, 102 S.Ct. 2515, 73 L.Ed.2d 116 (1982). Accordingly, we affirm. *See* 8th Cir. R. 47B. The pending motions are denied.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.

